IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SD ALEXANDER, INC. <br> a Florida Corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | CIVIL ACTION NO. 04-312 KAJ |
| v. | ) <br> ) | |
| mBLOX, INC., formerly <br> MOBILESYS, INC. <br> a Delaware Corporation, | ) <br> ) <br> ) <br> ) | |
| Defendant. | ) | |

**STATUS REPORT PURSUANT TO THE**
**OCTOBER 8, 2004 SCHEDULING ORDER**

Pursuant to the October 8, 2004 Scheduling Order, mBlox, Inc. ("mBlox") submits this Status Report:[1]

1.   DISCOVERY WHICH HAS BEEN COMPLETED

On or about December 15, 2004, mBlox filed and served its First Set of Interrogatories. The original deadline of January 14, 2005 for responses to the interrogatories was extended by agreement of the parties until February 14, 2005. As of the filing of this report, mBlox had not yet received Plaintiff's responses to the interrogatories.

Also, on or about December 15, 2004, mBlox filed and served its First Request for Production of Documents which original deadline of January 14, 2005 was similarly extended by agreement of the parties until February 14, 2005. Although, Plaintiff did not serve a formal response, mBlox received documents in response to the request on or

---

[1]   To date, Plaintiff has not responded to mBlox's numerous attempts to contact counsel for the Plaintiff to discuss the Status Report and/or upcoming conference. Thus, this report is submitted by mBlox only.

1

about March 1, 2005.

On or about December 31, 2004, mBlox received Plaintiff's First Request for Production of Documents Addressed to Defendant. Per mutual agreement between the parties, mBlox timely responded to Plaintiff's request on or about February 14, 2005. Documents responsive to that request will be produced pending execution of a confidentiality agreement between the parties.

2.  **DISCOVERY THAT REMAINS TO BE TAKEN**

In addition to the discovery served thus far, mBlox will be serving upon Plaintiff a second set of interrogatories. In addition, mBlox intends to notice the deposition of Scott Alexander. mBlox will determine which additional depositions, if any, are necessary after reviewing Plaintiff's complete responses to the outstanding discovery.

3.  **STATUS CONFERENCE**

The parties are ready to discuss the matters set forth herein with the Court and how best to proceed at the Court's earliest convenience.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Matthew F. Lintner (#4371)
Amy A. Quinlan (#3021)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Attorneys for Defendant mBlox, Inc.

March 2, 2005