IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| S.D. ALEXANDER, INC.,<br>a Florida corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-312-KAJ |
| mBLOX, INC., formerly<br>MOBILESYS, INC.,<br>a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF ELECTRONIC SERVICE

I, Amy Arnott Quinlan, hereby certify this 2nd day of March, 2005 that I have

caused the following documents to be served electronically on the parties listed below:

(1) Status Report Pursuant to the October 8, 2004 Scheduling Order; and, (2) this

Certificate of Electronic Service:

Online service to:

John M. LaRosa, Esquire
Law Office of John M. LaRosa, Esquire
Two East 7th Street, Suite 302
Wilmington, DE 19801

J. Stephen Woodside, Esquire
Law Offices of J. Stephen Woodside, Esquire
The First Union Building, Suite 1815
123 South Broad Street
Philadelphia, PA  19109

_____
Amy Arnott Quinlan (#3021)