IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.D. ALEXANDER, INC., a Florida corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | C.A. No. 04-312-KAJ |
| ) | |
| mBLOX, INC., formerly a Delaware corporation, ) ) ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 14, 2005 the following documents were served on the parties listed below in the manner indicated: (1) Defendant mBlox, Inc.'s Second Set of Interrogatories; and (2) Defendant mBlox, Inc.'s Second Set of Requests for Production of Documents:

<u>Via Hand Delivery</u>:

John M. LaRosa, Esquire (#4275)
Law Office of John M. LaRosa, Esquire
Two East 7th Street
Suite 302
Wilmington, DE 19801

<u>Via U.S. Mail</u>:

J. Stephen Woodside, Esquire
Law Offices of J. Stephen Woodside, Esquire
The First Union Building
Suite 1815
123 South Broad Street
Philadelphia, PA  19109

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Amy A. Quinlan*
_____
Matthew F. Lintner (#4371)
Amy A. Quinlan (#3021)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Attorneys for Defendant mBlox, Inc.
mlintner@morrisjames.com
aquinlan@morrisjames.com

1096319/1

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on March 14, 2005, I electronically filed the Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa, Esquire
Two East 7th Street, Suite 302
Wilmington, DE 19801

Additionally, I hereby certify that on March 14, 2005 I have mailed by United States Mail Service, the document to the following non-registered participant:

J. Stephen Woodside, Esquire
Law Offices of J. Stephen Woodside, Esquire
The First Union Building, Suite 1815
123 South Broad Street
Philadelphia, PA 19109
jstephenwoodside@verizon.net

                MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                /s/ Amy A. Quinlan
                Matthew F. Lintner (#4371)
                Amy A. Quinlan (#3021)
                222 Delaware Avenue
                P.O. Box 2306
                Wilmington, DE 19899-2306
                (302) 888-6800
                Attorneys for Defendant mBlox, Inc.
                mlintner@morrisjames.com
                aquinlan@morrisjames.com

1092999/1