# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Matthew F. Lintner
(302) 888-6806
mlintner@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

March 30, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
U.S. District Court for the
  District of Delaware
Lockbox 10
844 N. King Street
Wilmington, DE 19801

Re:  SD Alexander v. mBlox, Inc.
     Civil Action No. 04-312 KAJ

Dear Judge Jordan:

I have enclosed a revised Stipulated Protective Order which includes at paragraph 11, per Your Honor's request, the language set forth in paragraph 4 of the October 8, 2004 Scheduling Order. As always, I am available at the Court's convenience should Your Honor have any questions or concerns.

Respectfully,

Amy A. Quinlan (#3021)

AAQ/dbp
Enclosure

cc:  (via e-filing, w/enclosure)
     John M. LaRosa, Esquire (#4275)