IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.D. ALEXANDER, INC., <br> a Florida corporation, <br><br>                 Plaintiff, <br><br> v. <br><br> mBLOX, INC., formerly <br> a Delaware corporation, <br><br>                 Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No. 04-312-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF DEPOSITION**

TO:    John M. LaRosa, Esquire (#4275)
         Law Office of John M. LaRosa, Esquire
         Two East 7th Street
         Suite 302
         Wilmington, DE 19801

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, defendant mBlox, Inc. will take the deposition upon oral examination of Scott D. Alexander, on April 14, 2005, beginning at 10:00 a.m., at the offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware, or such other location to which the parties may agree. The deposition will continue on consecutive business days thereafter until completed, with such adjournments as may be necessary.

                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                    _____

                    Matthew F. Lintner (#4371)
                    Amy A. Quinlan (#3021)
                    222 Delaware Avenue
                    P.O. Box 2306
                    Wilmington, DE 19899-2306
                    (302) 888-6800
                    Attorneys for Defendant mBlox, Inc.
                    mlintner@morrisjames.com
                    aquinlan@morrisjames.com

Dated: 4/1/05

1131164/1

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 1st day of April, 2005, I electronically filed: 1) NOTICE OF DEPOSITION OF SCOTT. D. ALEXANDER; and, 2) CERTIFICATE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE  19801

_____
Matthew F. Lintner (#4371)
Amy A. Quinlan, Esquire (#3021)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mlintner@morrisjames.com
aquinlan@morrisjames.com
Attorneys for Defendant mBlox, Inc.