IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| S.D. ALEXANDER, INC., a Florida corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 04-312-KAJ |
| mBLOX, INC., formerly a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

TO:  John M. LaRosa, Esquire (#4275)
   Law Office of John M. LaRosa, Esquire
   Two East 7th Street
   Suite 302
   Wilmington, DE 19801

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), defendant mBlox, Inc. ("mBlox") will take the deposition upon oral examination of S.D. Alexander, Inc., by one or more of its officers, directors or managing agents, or other persons who consent to testify on its behalf having knowledge of the subjects identified on the attached Schedule A, beginning at 10:00 a.m. on April 13, 2005. The deposition will be held at the offices of Morris, James, Hitchens & Williams, LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware, or at such other time or place as may be agreed to by counsel. The deposition will continue on consecutive business days thereafter until completed, with such adjournments as may be necessary.

                MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                _____
                Matthew F. Lintner (#4371)
                Amy A. Quinlan (#3021)
                222 Delaware Avenue
                P.O. Box 2306
                Wilmington, DE 19899-2306
                (302) 888-6800
                Attorneys for Defendant mBlox, Inc.
                mlintner@morrisjames.com
                aquinlan@morrisjames.com

Dated: 4/1/05

## **CERTIFICATE OF SERVICE**

I, Amy A. Quinlan, hereby certify that on this 1st day of April, 2005, I electronically filed: 1) NOTICE OF DEPOSITION OF S. D. ALEXANDER, INC.; and, 2) CERTIFICATE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801

_____
Matthew F. Lintner (#4371)
Amy A. Quinlan, Esquire (#3021)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mlintner@morrisjames.com
aquinlan@morrisjames.com
Attorneys for Defendant mBlox, Inc.

AAQ/108295-0001/1131479/1