## EXHIBIT A

### Topics of Inquiry

1. S.D. Alexander, Inc.'s (the "Company") negotiations with Mobilsys, Inc. and/or mBlox, Inc. (collectively, "Defendant") prior to entry of the Non-Exclusive Sales Representative Agreement (the "Agreement").

2. The terms of the Agreement and any written or oral modifications, alterations or changes made thereto.

3. The Company's performance under the Agreement.

4. Any expenses incurred or investments made by the Company in connection with or in reliance upon the Agreement.

5. The Company's efforts to identify customers or prospects pursuant to the Agreement.

6. The Company's communications with Defendant about such customers or prospects.

7. The Company's communications with such customers or prospects.

8. Profits of the Company over the past five years.

9. Salaries paid to any Company officers over the past five years.

10. Any damages, expenses or losses sustained by the Company as a result of any action of Defendant.

11. All facts and or happenings relating to or underlying the termination of the Agreement.

12. All facts underlying each and every allegation set forth in the First Amended Complaint filed in this action.

1131276/1