IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.D. ALEXANDER, INC., a Florida corporation, ) ) ) Plaintiff, ) ) v. ) ) mBLOX, INC., ) a Delaware corporation, ) ) Defendant. ) | C.A. No. 04-312-KAJ |

### DEFENDANT MBLOX, INC.'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, defendant mBlox, Inc. ("mBlox") hereby moves for partial summary judgment against plaintiff S.D. Alexander, Inc. in the above-captioned action. mBlox's Motion is based upon: (1) this Motion; (2) Defendant's mBlox, Inc.'s Opening Brief In Support of Motion for Partial Summary Judgment, submitted herewith; (3) the Appendix in Support of Defendant's mBlox, Inc.'s Opening Brief in Support of Motion for Partial Summary Judgment, submitted herewith; and any other matters this Court deems just and proper. Because the Brief and the Appendix contain confidential client contract information, those documents are being submitted under seal.

Through this Motion, mBlox respectfully requests that the Court enter an Order granting mBlox partial summary judgment. A proposed form of Order is included with this submission.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Matthew F. Lintner/*

Matthew F. Lintner (#4371)
Amy A. Quinlan (#3021)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19899
(302) 888-6800
mlintner@morrisjames.com
aquinlan@morrisjames.com
Attorneys for Defendant mBlox, Inc.

OF COUNSEL

COOLEY GODWARD LLP
Craig Daniel
One Maritime Plaza
20th Floor
San Francisco, CA 94111-3580
(415) 693-2000

Dated: April 22, 2005

1150688/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| S.D. ALEXANDER, INC., a Florida corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 04-312-KAJ |
| v. | ) ) | |
| mBLOX, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

Defendant mBlox, Inc., having moved for partial summary judgment pursuant to Federal Rule of Civil Procedure 56(b), and the Court having reviewed the papers filed in this matter,

IT IS HEREBY ORDERED this _____ day of _____, 2005 that:

1. Under the unambiguous terms of the Non-Exclusive Sales Representative Agreement ("Sales Representative Agreement") between defendant mBlox, Inc. ("mBlox") and plaintiff S.D. Alexander, Inc., ("Alexander"), at the time of termination of the Sales Representative Agreement, Alexander may have been entitled to continuing commissions on certain sales contracts to be identified at trial, such sales contracts being identified in the Sales Representative Agreement as "Qualified Sales contracts;"

2. Under the unambiguous terms of Section 15 of the Sales Representative Agreement, upon termination of the Sales Representative Agreement, Alexander would

1

be entitled to a commission payment on each Qualified Sales contract until the expiration of the then current term of each contract on which commissions would have been payable had the Sales Representative Agreement not been terminated;

3. Each of the contracts identified below, which may, or may not, be established at trial to be Qualified Sales contracts, contain an unambiguous term from which an appropriate ending date can be determined for purposes of Alexander's entitlement to commissions after termination. It may also be established at trial that Alexander has an entitlement to commissions on other sales contracts, and the termination point of such commissions would turn upon the language of such other contracts relating to their term.

4. The then current term of the Network Services Agreement between mBlox and 9 Squared, Inc. dated May 29, 2003, is one year from signing or renewal.

5. The then current term of the SMS Service Agreement between mBlox and Atlas Telecom Mobile dated August 14, 2003, is 12 months from signing if the Agreement is in the initial term, or 3 months from renewal if the Agreement is in a renewal period;

6. The then current term of the SMS Service Agreement between mBlox and Atlas Telecom Mobile dated January 29, 2004, is 12 months from signing if the Agreement is in the initial term, or 3 months from renewal if the Agreement is in a renewal period;

7. The then current term of the Network Services Agreement between mBlox and Clickatell (PTY) Ltd. dated April 8, 2003, is one year from signing or renewal;

8. The then current term of the SMS Services Agreement between mBlox and Clickatell (PTY) Ltd. dated April 10, 2003, is three-months from signing or renewal;

9. The then current term of the Network Services Agreement between mBlox and Mobyt s.r.l. dated June 19, 2003, is one year.

10. The then current term of the SMS Service Agreement between mBlox and SMS.ac, Inc. dated July 8, 2003, is 6 months from the time of signing or renewal;

11. The then current term of the SMS Service Agreement between mBlox and SMS.ac, Inc. dated August 7, 2003, is 6 months from the time of signing or renewal;

12. The then current term of the SMS Service Agreement between mBlox and SMS.ac, Inc. dated November 10, 2003, is 6 months from the time of signing or renewal;

13. The then current term of the Network Services Agreement between mBlox and Yellow Pepper, Inc. dated August 5, 2003, is one year from signing or renewal;

14. The then current term of the UK Premium SMS Services Agreement between mBlox and Yellow Pepper, Inc. dated January 26, 2004, is 6 months from signing or renewal;

15. The then current term of the SMS Services Agreement between mBlox and Zingy, Inc. dated October 31, 2003, is 12 months from signing if in the initial period or 1 month if during a renewal period;

16. The then current term of the Service Addendum between mBlox and Zingy, Inc. dated February 25, 2004, is 3 months from either signing or renewal.

17. Any entitlement Alexander may establish to commissions under any of the above-listed contracts would terminate at a point in time no longer than the terms identified above after the date of termination of the Sales Representative Agreement, a termination date to be established at trial.

IT IS SO ORDERED.

_____
J.

## CERTIFICATE OF SERVICE

I, Matthew F. Lintner, hereby certify that on this 22nd day of April, 2005, I electronically filed Defendant Mblox, Inc.'s Motion For Partial Summary Judgment and [Proposed] Order with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801

Additionally, I caused to be hand delivered two copies of Defendant Mblox, Inc.'s Motion For Partial Summary Judgment and [Proposed] Order to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801

_____
Matthew F. Lintner (#4371)
Amy A. Quinlan, Esquire (#3021)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mlintner@morrisjames.com
aquinlan@morrisjames.com
Attorneys for Defendant mBlox, Inc.

1152148