IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| S.D. ALEXANDER, INC.,<br>a Florida corporation, | ) <br> ) <br> ) | C.A. No. 04-312-KAJ |
| Plaintiff, | ) <br> ) <br> ) | **CONFIDENTIAL**<br>**FILED UNDER SEAL** |
| v. | ) <br> ) <br> ) | **CONTAINS MATERIAL**<br>**DESIGNATED AS**<br>**CONFIDENTIAL PURSUANT TO** |
| mBLOX, INC.,<br>a Delaware corporation, | ) <br> ) <br> ) | **A PROTECTIVE ORDER DATED**<br>**APRIL 4, 2005** |
| Defendant. | ) | |

**DEFENDANT MBLOX, INC.'S OPENING BRIEF**
**IN SUPPORT OF**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Matthew F. Lintner (#4371)
Amy A. Quinlan (#3021)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899
(302) 888-6800
Attorneys for Defendant mBlox, Inc.

OF COUNSEL

COOLEY GODWARD LLP
Craig Daniel
One Maritime Plaza
20th Floor
San Francisco, CA 94111-3580
(415) 693-2000

Dated: April 22, 2005

# SEALED DOCUMENT

## CERTIFICATE OF SERVICE

I, Matthew F. Lintner, hereby certify that on this 22nd day of April, 2005, I caused to be electronically filed the redacted version of Defendant mBlox, Inc.'s Opening Brief in Support of Motion for Partial Summary Judgment with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE  19801

Additionally, I caused to be hand delivered two copies (unredacted) of Defendant mBlox, Inc.'s Opening Brief in Support of Motion for Partial Summary Judgment to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE  19801

Matthew F. Lintner (#4371)
Amy A. Quinlan, Esquire (#3021)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mlintner@morrisjames.com
aquinlan@morrisjames.com
Attorneys for Defendant mBlox, Inc.

1152229