IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.D. ALEXANDER, INC., a Florida corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>mBLOX, INC., a Delaware corporation,<br><br>          Defendant. | C.A. No. 04-312-KAJ<br><br>**CONFIDENTIAL**<br><br>**FILED UNDER SEAL**<br><br>**CONTAINS MATERIAL DESIGNATED AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER DATED APRIL 4, 2005** |

**APPENDIX IN SUPPORT OF
DEFENDANT MBLOX, INC.'S OPENING BRIEF
IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT**

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Matthew F. Lintner (#4371)
Amy A. Quinlan (#3021)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899
(302) 888-6800
Attorneys for Defendant mBlox, Inc.
mlintner@morrisjames.com
aquinlan@morrisjames.com

OF COUNSEL

COOLEY GODWARD LLP
Craig Daniel
One Maritime Plaza
20th Floor
San Francisco, CA 94111-3580
(415) 693-2000

Dated: April 22, 2005

1150272/1

# SEALED DOCUMENT

1150272/1

## CERTIFICATE OF SERVICE

I, Matthew F. Lintner, hereby certify that on this 22nd day of April, 2005, I caused to be electronically filed the redacted version of the Appendix in Support of Defendant mBlox, Inc.'s Opening Brief in Support of Motion for Partial Summary Judgment with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801

Additionally, I caused to be hand delivered two copies of the (unredacted) Appendix in Support of Defendant mBlox, Inc.'s Opening Brief in Support of Motion for Partial Summary Judgment to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801

_____
Matthew F. Lintner (#4371)
Amy A. Quinlan, Esquire (#3021)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mlintner@morrisjames.com
aquinlan@morrisjames.com
Attorneys for Defendant mBlox, Inc.

1152155