IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.D. ALEXANDER, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-312-KAJ |
| | ) |
| mBLOX, INC., formerly MOBILESYS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ELECTRONIC SERVICE

PLEASE TAKE NOTICE that on April 22, 2005, 1) DEFENDANT'S ANSWERS TO PLAINTIFF'S INTERROGATORIES; and, 2) NOTICE OF SERVICE, were electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa, Esquire
Two East 7th Street, Suite 302
Wilmington, DE 19801

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

By: _____
Matthew F. Lintner (#4371)
Amy A. Quinlan (#3021)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
mlintner@morrisjames.com
aquinlan@morrisjames.com
Attorneys for Defendant mBlox, Inc.

OF COUNSEL:
COOLEY GODWARD LLP
Benjamin Riley
One Maritime Plaza
20th Floor
San Francisco, CA 94111-3580
(415) 693-2000

## CERTIFICATE OF SERVICE

I, AMY A. QUINLAN, hereby certify that on this 22nd day of April, 2005, I electronically filed: 1) NOTICE OF SERVICE OF DEFENDANT'S ANSWERS TO PLAINTIFF'S INTERROGATORIES with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE  19801

Matthew F. Lintner (#4371)
Amy A. Quinlan, Esquire (#3021)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302-888-6800
mlintner@morrisjames.com
aquinlan@morrisjames.com
Attorneys for Defendant mBlox, Inc.

1150794/1