IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| S.D. ALEXANDER, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-312-KAJ |
| | ) | |
| mBLOX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that this action is dismissed with prejudice. Each party shall bear its own costs, fees and expenses.

Dated: May 6, 2005

| | |
|---|---|
| LAW OFFICE OF JOHN M. LAROSA, ESQUIRE | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
| */s/ John M. LaRosa* | */s/ Matthew F. Lintner* |
| John M. LaRosa, Esquire (#4275) | Matthew F. Lintner (#4371) |
| Two East 7th Street, Suite 302 | Amy A. Quinlan (#3021) |
| Wilmington, DE 19801 | 222 Delaware Avenue |
| Attorneys for Plaintiff | P.O. Box 2306 |
| | Wilmington, DE 19899-2306 |
| OF COUNSEL: | (302) 888-6800 |
| | Attorneys for Defendant |
| LAW OFFICES OF J. STEPHEN WOODSIDE, ESQUIRE | |
| J. Stephen Woodside, Esquire | |
| The First Union Building, Suite 1815 | |
| 123 South Broad Street | |
| Philadelphia, PA 19109 | |

SO ORDERED this ____ day of _____, 2005.

_____
The Honorable Kent A. Jordan