CLOSED

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:04-cv-00312-KAJ
# Internal Use Only

| | |
|---|---|
| SD Alexander Inc. v. mBlox Inc. | Date Filed: 05/14/2004 |
| Assigned to: Honorable Kent A. Jordan | Jury Demand: Both |
| Demand: $0 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **SD Alexander Inc.**<br>*a Florida corporation* | represented by | **John M. LaRosa**<br>Law Office of John M. LaRosa<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801<br>(302)888-1290<br>Fax: (302)655-9329<br>Email: JLR@LaRosaLaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **mBlox Inc.**<br>*a Delaware corporation*<br>*formerly known as*<br>Mobilesys Inc. | represented by | **Matthew F. Lintner**<br>Morris, James, Hitchens & Williams<br>222 Delaware Ave.<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6800<br>Email: mlintner@morrisjames.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136187 (els) (Entered: 05/17/2004) |
| 05/14/2004 | | DEMAND for jury trial by SD Alexander Inc. (els) (Entered: 05/17/2004) |
| 05/14/2004 | | SUMMONS(ES) issued for mBlox Inc. (els) (Entered: 05/17/2004) |
| 05/17/2004 | 2 | FIRST AMENDED COMPLAINT by SD Alexander Inc. , (Answer due 5/27/04 for mBlox Inc. ) amending [1-1] complaint (dab) (Entered: |

|            |    |                                                                                                                                                                                                      |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 05/17/2004)                                                                                                                                                                                          |
| 05/17/2004 | 3  | Praecipe filed by SD Alexander Inc. RE service of Alias Summons (dab) (Entered: 05/18/2004)                                                                                                          |
| 05/17/2004 |    | ALIAS SUMMONS(ES) issued for mBlox Inc. (dab) (Entered: 05/18/2004)                                                                                                                                  |
| 05/24/2004 | 4  | MOTION by SD Alexander Inc. with Proposed Order for J. Stephen Woodside to Appear Pro Hac Vice (dab) (Entered: 05/24/2004)                                                                           |
| 05/26/2004 | 5  | CASE assigned to Judge Kent A. Jordan . Notice to all parties. (rjb) (Entered: 05/26/2004)                                                                                                           |
| 05/26/2004 | 6  | RETURN OF SERVICE executed as to mBlox Inc. 5/21/04 Answer due on 6/10/04 for mBlox Inc. (ntl) (Entered: 05/27/2004)                                                                                 |
| 06/01/2004 |    | So Ordered granting [4-1] motion for J. Stephen Woodside to Appear Pro Hac Vice ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 06/01/2004)                                |
| 06/24/2004 | 7  | STIPULATION with proposed order extending time to 7/9/04 for Deft to file an Answer or otherwise respond to the Complaint. (rwc) (Entered: 06/24/2004)                                               |
| 06/24/2004 |    | **Added for mBlox Inc. attorney Matthew F. Lintner per DI#7. (rwc) (Entered: 06/24/2004)                                                                                                             |
| 06/30/2004 |    | So Ordered granting [7-1] stipulation reset Answer deadline to 7/9/04 for mBlox Inc. ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 06/30/2004)                           |
| 07/09/2004 | 8  | ANSWER by mBlox Inc. to First Amended Complaint; with jury demand (rwc) (Entered: 07/12/2004)                                                                                                        |
| 07/12/2004 | 9  | Letter dated 7/12/04 by Judge Jordan to parties enclosing a scheduling order form and requesting the parties contact the Court w/in 10-days to schedule a teleconference. (rwc) (Entered: 07/12/2004)|
| 07/26/2004 | 10 | ORDER, set Tele-Scheduling Conference for 3:30 on 9/2/04 Parties shall submit a joint proposed scheduling order form by 8/30/04.( signed by Judge Kent A. Jordan ) copies to: cnsl (rwc) (Entered: 07/26/2004) |
| 08/27/2004 | 11 | Letter dated 8/27/04 to Judge Jordan by Matthew F. Lintner, Esq., enclosing a joint proposed scheduling order in anticipation of the 9/2/04 teleconference. (rwc) (Entered: 08/30/2004)             |
| 09/02/2004 |    | Scheduling conference held; rprtr. V. Gunning (ntl) (Entered: 09/03/2004)                                                                                                                            |
| 09/14/2004 | 12 | TRANSCRIPT filed by Ct Rptr V. Gunning, Re: Scheduling conference for date of 9/2/04 (rwc) (Entered: 09/14/2004)                                                                                     |
| 10/07/2004 | 13 | Letter dated 10/7/04 to Judge Jordan by Matthew F. Lintner, Esq., enclosing a joint proposed scheduling order form for approval. (rwc)                                                               |

| | | |
|---|---|---|
| | | (Entered: 10/08/2004) |
| 10/08/2004 | 14 | SCHEDULING ORDER: setting Discovery cutoff to 4/15/05 ; Status Report due 3/2/05; Status Teleconference set for 4:30 on 3/9/05; Deadline for filing dispositive motions is 4/22/05; Pretrial conference set for 4:30 on 8/23/05 ; Proposed Pretrial Order due on 8/9/05; Jury Trial set for 9:30 on 9/12/05 ; Case is referred to the U.S. Magistrate for ADR. ( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 10/12/2004) |
| 10/08/2004 | 15 | TRIAL MANAGEMENT ORDER -(see Order for details). ( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 10/12/2004) |
| 10/12/2004 | 16 | ORDER - setting teleconference for 9:00 on 11/23/04 to discuss ADR options. ( signed by Judge Mary P. Thynge ) copies to: cnsl. (rwc) (Entered: 10/12/2004) |
| 10/25/2004 | 17 | CERTIFICATE OF SERVICE by mBlox Inc., Re: Initial Disclosures were served. (rwc) (Entered: 10/25/2004) |
| 11/23/2004 | 18 | ORDER, set Settlement Conference for 10:00 4/28/05 ( signed by Judge Mary P. Thynge ) copies to: cnsl. (rwc) (Entered: 11/23/2004) |
| 11/26/2004 | 19 | CERTIFICATE OF SERVICE by SD Alexander Inc., Re: Initial Disclosures were served. (rwc) (Entered: 11/29/2004) |
| 12/15/2004 | 20 | CERTIFICATE OF SERVICE by mBlox Inc., Re: 1st set of Interrog., were served. (rwc) (Entered: 12/16/2004) |
| 02/14/2005 | 21 | NOTICE OF SERVICE of response to ptf's request for production of documents (1st set) by mBlox Inc..(ntl, ) (Entered: 02/15/2005) |
| 03/02/2005 | 22 | STATUS REPORT *Pursuant to the October 8, 2004 Scheduling Order* by mBlox Inc.. (Attachments: # 1 Certificate of Electronic Service) (Lintner, Matthew) (Entered: 03/02/2005) |
| 03/09/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Telephone Status Conference held on 3/9/2005. (Court Reporter Gail Berbano (Corbett & Assoc.) (ntl, ) (Entered: 03/09/2005) |
| 03/14/2005 | 23 | NOTICE of Service of mBlox, Inc.'s Second Set of Interrogatories and Second Set of Requests for Production by mBlox Inc. (Lintner, Matthew) (Entered: 03/14/2005) |
| 03/17/2005 | 24 | Joint MOTION for Protective Order - filed by SD Alexander Inc., mBlox Inc.. (Lintner, Matthew) (Entered: 03/17/2005) |
| 03/30/2005 | 25 | TRANSCRIPT of teleconference held on 3/9/05 before Judge Jordan. Court Reporter: Corbett & Associates. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 03/30/2005) |
| 03/30/2005 | 26 | MOTION for Protective Order - filed by mBlox Inc.. (Lintner, Matthew) (Entered: 03/30/2005) |
| 03/30/2005 | 27 | Letter to Honorable Kent A. Jordan from Amy A. Quinlan, Esq. |

| | | |
|---|---|---|
| | | regarding Revised Stipulated Protective Order re 26 MOTION for Protective Order. (Lintner, Matthew) (Entered: 03/30/2005) |
| 04/01/2005 | 28 | NOTICE to Take Deposition of Scott D. Alexander on April 14, 2005 by mBlox Inc..(Lintner, Matthew) (Entered: 04/01/2005) |
| 04/01/2005 | 29 | NOTICE to Take Deposition of S.D. Alexander, Inc on April 13, 2005 by mBlox Inc..(Lintner, Matthew) (Entered: 04/01/2005) |
| 04/01/2005 | 30 | EXHIBIT re 29 Notice to Take Deposition *of S. D Alexander, Inc., on April 13, 2005* by mBlox Inc.. (Lintner, Matthew) (Entered: 04/01/2005) |
| 04/01/2005 | | SO ORDERED, re 26 MOTION for Protective Order filed by mBlox Inc . Signed by Judge Kent A. Jordan on 4/1/05. (rwc, ) (Entered: 04/04/2005) |
| 04/22/2005 | 31 | MOTION for Partial Summary Judgment - filed by mBlox Inc.. (Lintner, Matthew) (Entered: 04/22/2005) |
| 04/22/2005 | 32 | SEALED OPENING BRIEF in Support *of Motion for Partial Summary Judgment* filed by mBlox Inc..Answering Brief/Response due date per Local Rules is 5/6/2005. (Lintner, Matthew) (Entered: 04/22/2005) |
| 04/22/2005 | 33 | SEALED APPENDIX re 32 Opening Brief in Support, 31 MOTION for Partial Summary Judgment by mBlox Inc.. (Lintner, Matthew) (Entered: 04/22/2005) |
| 04/22/2005 | 34 | NOTICE OF SERVICE of Defendant's Answers to Plaintiff's Interrogatories by mBlox Inc..(Quinlan, Amy) (Entered: 04/22/2005) |
| 04/29/2005 | 35 | REDACTED VERSION of 33 Appendix, 32 Opening Brief in Support *of Motion for partial summary Judgment* by mBlox Inc.. (Attachments: # 1 Redacted Appendix in support of defendant MBLOX, Inc.'s Opening Brief in support of Motion for partial summary judgment)(Lintner, Matthew) (Entered: 04/29/2005) |
| 05/09/2005 | 36 | STIPULATION of Dismissal by SD Alexander Inc.. (LaRosa, John) (Entered: 05/09/2005) |
| 05/09/2005 | | SO ORDERED, re 36 Stipulation of Dismissal filed by SD Alexander Inc . Signed by Judge Kent A. Jordan on 5/9/05. (rwc, ) (Entered: 05/09/2005) |
| 05/09/2005 | | CASE CLOSED per DI#36. (rwc, ) (Entered: 05/09/2005) |