OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Matthew F. Lintner
Morris, James, Hitchens & Williams,
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Email:mlintner@morrisjames.com

RE:  SD Alexander Inc., v. mBlox Inc.
     Civ. No.: 04-312 KAJ

Dear Counsel:

   Pursuant to the Order entered on 8/11/06 by Judge Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS:   32 and 33.

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on ____8/22/06____.

_____
Signature